THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON 
 AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Paul A. Smith,       
Appellant.
 
 
 

Appeal From Lexington County
James R. Barber, Circuit Court Judge

Unpublished Opinion No. 2004-UP-401
Submitted April 21, 2004  Filed June 
 22, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McInsoth, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Paul A. Smith was tried and 
 convicted of voluntary manslaughter.  He was sentenced to life without parole, 
 per the two strikes law.  Smith appeals, arguing the judge erred by instructing 
 the jury on voluntary manslaughter when Smiths testimony showed he was acting 
 in self-defense and there was no evidence that Smith killed the decedent in 
 the heat of passion upon a sufficient legal provocation.  On appeal, counsel 
 for Smith has filed a brief pursuant to Anders v. California, 386 U.S. 
 738 (1967), asserting that there were no meritorious grounds for appeal and 
 requesting permission to withdraw from further representation.  Smith filed 
 a pro se response. 
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED. [1] 
 
GOOLSBY, HOWARD, and BEATTY, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.